IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL JOSEPH TAYLOR,<br><br>Defendant. | **Case No.:** 22–70978 MAG<br><br>**STIPULATED [~~PROPOSED~~] ORDER OF RELEASE FROM CUSTODY** |

An approved residence at a group home in the Sacramento, California area has bed space for Mr. Taylor. The parties stipulate that Mr. Taylor may be released to travel to the residence. Defense counsel has arranged travel via a ride-sharing service from the jail directly to the residence. Mr. Taylor shall not make any stops when in transit. All other conditions are to remain the same and he shall follow the directions of his Probation Officer. Judge Tse invited the parties to request release today while he is out of the office if a plan and stipulation was reached.

The Alameda County Santa Rita Jail and United States Marshals Service are hereby ordered to release from custody Michael Joseph Taylor (UME389) **today, August 1, 2022 by 12:30 p.m.** It is further directed that the Jail provide Mr. Taylor a legal call to his Eastern District defense counsel of record, A.F.P.D. Hannah Labree (617-935-6166) upon his release so that she can order the ride share.

IT IS SO ORDERED.

Dated: 8/1/2022

ALEX G. TSE
United States Magistrate Judge

*U.S. v. Taylor*, Case No. 22-70978 MAG
[Proposed] Order for Release          1